**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ANGELICA REBECA GONZALEZ-GARCIA; and her daughter, S.K., by and through her mother, ANGELICA REBECA GONZALEZ-GARCIA<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>JEFFERSON BEAUREGARD SESSIONS III, Attorney General of the United States; KIRSTJEN NIELSEN, Secretary of the Department of Homeland Security; THOMAS HOMAN, Acting Director of U.S. Immigration and Customs Enforcement; PATRICK CONTRERAS, Director, ICE Field Office for Enforcement Removal Operation in Houston, Texas; KEVIN K. MCALEENAN, Acting Commissioner of U.S. Customs and Border Protection; ALEX AZAR, Secretary of the U.S. Department of Health and Human Services; SCOTT LLOYS, Director of the Office of Refugee Resettlement; and SOUTHWEST KEY PROGRAMS,<br><br>　　　　　Defendants. | Civil Action No. 18-cv-11340-GAO |

## NOTICE OF APPEARANCE

　　Pursuant to L.R. 83.5.2, please enter my appearance in the above-captioned case as counsel for the Defendants.

|  |  |
|---|---|
|  | Respectfully submitted,<br><br>ANDREW E. LELLING<br>United States Attorney |
| By: | /*s/ Rayford A. Farquhar*<br>Rayford A. Farquhar (BBO#560350)<br>Assistant United States Attorney<br>John Joseph Moakley Federal Courthouse<br>One Courthouse Way, Suite 9200<br>Boston, Massachusetts  02210<br>(617) 748-3284 |
| Dated: June 28, 2018 | Rayford.farquhar@usdoj.gov |

## CERTIFICATE OF SERVICE

I, Rayford A. Farquhar, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Rayford A. Farquhar*
Rayford A. Farquhar
Assistant United States Attorney