UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANGELICA REBECA GONZALEZ-GARCIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JEFFERSON BEAUREGARD SESSIONS III, et al.,<br><br>Defendants. | Civil Action No. 18-cv-11340-GAO |

**JOINT MOTION FOR EXTENSION OF TIME TO RESPOND**

Plaintiffs Angelica R. Gonzalez-Garcia, et al., and Defendants Jefferson B. Sessions, III, et al., ("Parties") jointly move this Court for an extension of time for Defendants' Response [Dkt No. 10] from July 2, 2018 to July 6, 2018.

In support of this motion, the Parties state that efforts at resolution short of further litigation have been undertaken in good faith, and both Parties believe these efforts may resolve this matter on or before the above-referenced date.

If, on July 6, 2018, the Parties have not fully resolved this dispute but remain in fruitful good faith negotiation, they anticipate seeking one supplemental extension of time to respond, up to and including July 10, 2018.

Respectfully Submitted,

PLAINTIFFS ANGELICA R. GONZALEZ-GARCIA et al.,

By their Attorneys,

*/s/ Ronaldo Rauseo-Ricupero*
Ronaldo Rauseo-Ricupero (BBO# 670014)
Julia A.C. Lippman (BBO# 688852)

NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000
rrauseoricupero@nixonpeabody.com
jlippman@nixonpeabody.com

Susan B. Church (BBO# 639306)
Heather Yountz (BBO# 669770)
Demissie & Church
929 Massachusetts Ave., Suite 01
Cambridge, MA 02139
(617) 319-2399
sbc@demissiechurch.com

DEFENDANTS JEFFERSON B. SESSIONS, III, et al.,

By their Attorneys,

*/s/ Rayford A. Farquhar (by permission)*
Rayford A. Farquhar (BBO# 560350)
Assistant United States Attorney
John Joseph Moakley Federal Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
(617) 748-3284
Rayford.farquhar@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 28, 2018.

*/s/ Ronaldo Rauseo-Ricupero*