UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANGELICA REBECA GONZALEZ-GARCIA; and her daughter, S.K., by and through her mother, ANGELICA REBECA GONZALEZ-GARCIA,<br><br>                Plaintiffs,<br> v.<br><br>JEFFERSON BEAUREGARD SESSIONS III, Attorney General of the United States; KIRSTJEN NIELSEN, Secretary of the Department of Homeland Security; THOMAS HOMAN, Acting Director of U.S. Immigration and Customs Enforcement; PATRICK CONTRERAS, Director, ICE Field Office for Enforcement Removal Operations in Houston, Texas; KEVIN K. MCALEENAN, Acting Commissioner of U.S. Customs and Border Protection; ALEX AZAR, Secretary of the U.S. Department of Health and Human Services; SCOTT LLOYD, Director of the Office of Refugee Resettlement; and SOUTHWEST KEY PROGRAMS,<br><br>                Defendants. | Civil Action No. 1:18-cv-11340 |

## APPEARANCE OF COUNSEL FORM

NOW comes Heather Yountz, by and through counsel and hereby enters her appearance on behalf of Angelica Rebeca Gonzalez-Garcia and her daughter, S.K..

                                              By their Attorney,

                                              */s/ Heather Yountz*

                                              Heather Yountz (BBO# 669770)
                                              Demissie & Church
                                              929 Massachusetts Ave., Suite 01
                                              Cambridge, MA 02139
                                              (617) 354-3944
                                              hyountzlaw@gmail.com

June 28, 2018

4826-0906-6091.1