UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANGELICA REBECA GONZALEZ-GARCIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JEFFERSON BEAUREGARD SESSIONS III, et al., <br><br> Defendants. | Civil Action No. 18-cv-11340-GAO |

**PLAINTIFFS' NOTICE OF DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

**NOTICE IS HEREBY GIVEN** that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs, through their undersigned counsel, voluntarily dismiss the above-captioned action in its entirety against Defendants. Each party will bear its own fees and costs.

Such dismissal is proper and no court order is required as Defendants have not yet answered and/or filed a motion for summary judgment and none of the other pleadings impair Plaintiffs' right to dismiss without prejudice. F. R. Civ. P. 41(a)(1)(A)(i) (plaintiff may dismiss an action without a court order by filing a notice of dismissal).

Plaintiffs state that their reunification has now occurred.

    Respectfully Submitted,

    PLAINTIFFS ANGELICA R. GONZALEZ-
    GARCIA et al.,

    By their Attorneys,

    */s/ Ronaldo Rauseo-Ricupero*
    Ronaldo Rauseo-Ricupero (BBO# 670014)
    Julia A.C. Lippman (BBO# 688852)
    NIXON PEABODY LLP

        100 Summer Street  
        Boston, MA  02110  
        (617) 345-1000  
        rrauseoricupero@nixonpeabody.com  
        jlippman@nixonpeabody.com  

        Susan B. Church (BBO# 639306)  
        Heather Yountz (BBO# 669770)  
        Demissie & Church  
        929 Massachusetts Ave., Suite 01  
        Cambridge, MA 02139  
        (617) 319-2399  
        sbc@demissiechurch.com  

Dated: July 5, 2018

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 5, 2018.

        /s/ *Ronaldo Rauseo-Ricupero*